UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Marilyn Martinez

Case No.: 20-17302
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

_____ Karen E. Bezner _____, _____ Trustee _____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, U.S.B.J. on September 15, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
129 Village Drive,
Barnegat, New Jersey
valued at $249,000.00

Liens on property:
Select Portfolio
$207,262.00;
costs of sale estimated at 10%, or $25,000.00

Amount of equity claimed as exempt: $25,150.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 20-17302-KCF
Marilyn Martinez                                            Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Aug 17, 2020
                              Form ID: pdf905            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db             +Marilyn Martinez,    129 Village Dr.,    Barnegat, NJ 08005-1602
518859198      +Barclays Bank,   PO Box 8803,    Wilmington, DE 19899-8803
518859204      +Kenneth Bass,    129 Village Dr.,    Barnegat, NJ 08005-1602
518859205      +Kenneth Bass, Jr.,    129 Village Dr.,    Barnegat, NJ 08005-1602
518859210      +Trojan Professional Services,    PO Box 1270,    Los Alamitos, CA 90720-1270
518859211      +Wawa Credit Card,    PO Box 6139,    Sioux Falls, SD 57117-6139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2020 00:30:05      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2020 00:30:03       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518859197      +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2020 00:28:50      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
518859199      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 00:32:01       Capital One,
                 Attn: Bankruptcy Dept.,    PO Box 30285,   Salt Lake City, UT 84130-0285
518859200      +E-mail/Text: ebnnotifications@creditacceptance.com Aug 18 2020 00:28:55
                 Credit Acceptance Corp,    25505 W. 12 Mile Rd.,    Southfield, MI 48034-8316
518859201      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2020 00:32:05       Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
518859202       E-mail/Text: mrdiscen@discover.com Aug 18 2020 00:28:57      Discover,    PO Box 15316,
                 Wilmington, DE 19850
518859203       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 00:32:34       JPMCB Card Services,
                 PO Box 15369,    Wilmington, DE 19850
518859206      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 18 2020 00:28:58       Kohls,
                 PO Box 3115,    Milwaukee, WI 53201-3115
518859207      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2020 00:32:45       LVNV,
                 c/o Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
518859208      +E-mail/Text: jennifer.chacon@spservicing.com Aug 18 2020 00:30:44       Select Portfolio,
                 Attn: Bankruptcy Dept,    PO Box 65250,   Salt Lake City, UT 84165-0250
518859209      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 00:33:00      Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,   Orlando, FL 32896-5060
518859526      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 00:32:24      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518859212      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 18 2020 00:30:27       Web Bank,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
518859213      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 18 2020 00:30:03       Westlake Financial,
                 PO Box 54807,    Los Angeles, CA 90054-0807
                                                                                               TOTAL: 15

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Arnold R. Schlisserman    on behalf of Debtor Marilyn  Martinez aschlisserman@aschlisserman.com,
               aschlisserman@aschlisserman.com;kimberlylrichterllc@gmail.com
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust, Company, as Trustee for
               the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through
               Certificates, Series 2007-HE1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 17, 2020
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                  TOTAL: 5